| | |
|---|---|
| 1 | JAMES W. SOONG, Cal. Bar No. 196092 |
|   | JSoong@SheppardMullin.com |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | 379 Lytton Avenue |
| 3 | Palo Alto, CA 94301-1479 |
|   | Telephone: 650.815.2600 |
| 4 | Facsimile: 650.815.2601 |
| 5 | LAURA L. CHAPMAN, Cal. Bar No. 167249 |
|   | LChapman@SheppardMullin.com |
| 6 | LAI L. YIP, Cal. Bar No. 258029 |
|   | LYip@SheppardMullin.com |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | Four Embarcadero Center, 17th Floor |
| 8 | San Francisco, CA 94111-4109 |
|   | Telephone: 415.434.9100 |
| 9 | Facsimile: 415.434.3947 |
| 10 | Attorneys for Plaintiff |
|    | COMPUTER SCIENCES CORPORATION |
| 11 | |
| 12 | COMAR LAW |
|    |     D. Inder Comar (SBN 243732) |
|    |     inder@comarlaw.com |
| 13 | 901 Mission Street, Suite 105 |
|    | San Francisco, CA 94103 |
| 14 | Telephone: +1.415.640.5856 |
|    | Facsimile: +1.415.513.0445 |
| 15 | |
| 16 | Attorneys for Defendants |
|    | BIZCLOUD, INC., ZIPBUSINESS and VAHID RAZAVI |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPUTER SCIENCES CORPORATION, a Nevada Corporation, | Civil Action No. 13-cv-05999-JSC |
| | *Assigned to the Hon. Joseph C. Spero* |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| | [Local Rule 6-1(a)] |
| ALAN RAZAVI, an individual, VAHID RAZAVI, an individual, BIZCLOUD, INC., a Wyoming Corporation, ZIPBUSINESS, a California Corporation, and DOES 1 – 10. | Complaint Filed: December 30, 2013 |
| Defendants. | |

-1-

Case No. 13-cv-1599-JSC

SMRH:416497796.1

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

This Stipulation is entered into by and between Plaintiff Computer Sciences Corporation and Defendants Bizcloud, Inc. ("BCI"), Zipbusiness and Vahid Razavi, through their respective counsel of record.

## **RECITALS**

1. WHEREAS this action was filed by Plaintiff Computer Sciences Corporation ("Plaintiff") on December 30, 2013, against Defendants Alan Razavi, Vahid Razavi, Bizcloud, Inc. and Zipbusiness;

2. WHEREAS Defendant BCI was served with the summons and complaint in this action on January 16, 2014 and therefore its original deadline to respond to the complaint is February 6, 2014;

3. WHEREAS Defendant ZipBusiness was served with the summons and complaint in this action on January 15, 2014 and therefore its original deadline to respond to the complaint is February 5, 2014;

4. WHEREAS Defendant Vahid Razavi was served with the summons and complaint in this action on January 16, 2014 and therefore his original deadline to respond to the complaint is February 6, 2014;

5. WHEREAS to date, Defendant Alan Razavi has not been served with the summons and complaint in this action;

6. WHEREAS Defendants BCI, ZipBusiness, and Vahid Razavi ("Stipulating Defendants") have requested an extension of time to file a responsive pleading, until March 7, 2014, which Plaintiff has agreed to grant;

7. WHEREAS, there have been no previous time modifications in the case and the stipulated extension will have no effect on the schedule for the case;

8.     WHEREAS, pursuant Local Rule 6-1(a), no Court order is required.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and the Stipulating Defendants, through their counsel, to extend the deadline for the Stipulating Defendants to file a responsive pleading as to the Complaint to March 7, 2014.

**IT IS SO STIPULATED.**

January 31, 2014           Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:        */s/ Laura L. Chapman*
JAMES W. SOONG
LAURA L. CHAPMAN
LAI L. YIP
Attorneys for Plaintiff
COMPUTER SCIENCES CORPORATION

January 31, 2014           Respectfully submitted,

COMAR LAW

By:        */s/ D. Inder Comar*
D. Inder Comar
Attorneys for Defendants
VAHID RAZAVI,
BIZCLOUD, INC. and ZIPBUSINESS

I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing as indicated by a conformed signature (/S/) within this e-filed document.

1 | Dated: January 31, 2014

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3 |
4 | By       */s/ Laura L. Chapman*
            JAMES W. SOONG
5 |         LAURA L. CHAPMAN
            LAI L. YIP
6 |         Attorneys for Plaintiff
            COMPUTER SCIENCES CORPORATION

10 | DAted: Feb. 3, 2014

IT IS SO ORDERED

Judge Joseph C. Spero

-4-   Case No. 13-cv-1599-JSC

SMRH:416497796.1