| | |
|---|---|
| 1 | JAMES W. SOONG, Cal. Bar No. 196092<br>JSoong@SheppardMullin.com |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>379 Lytton Avenue |
| 3 | Palo Alto, CA 94301-1479<br>Telephone: 650.815.2600 |
| 4 | Facsimile: 650.815.2601 |
| 5 | LAURA L. CHAPMAN, Cal. Bar No. 167249<br>LChapman@SheppardMullin.com |
| 6 | LAI L. YIP, Cal. Bar No. 258029<br>LYip@SheppardMullin.com |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor |
| 8 | San Francisco, CA 94111-4109<br>Telephone: 415.434.9100 |
| 9 | Facsimile: 415.434.3947 |
| 10 | Attorneys for Plaintiff<br>COMPUTER SCIENCES CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| COMPUTER SCIENCES CORPORATION, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAN RAZAVI, an individual, VAHID RAZAVI, an individual, BIZCLOUD, INC., a Wyoming Corporation, ZIPBUSINESS, a California Corporation, and DOES 1 – 10.<br><br>Defendants. | Civil Action No. 13-cv-05999-JCS<br>*Assigned to:*<br>*Magistrate Judge Joseph C. Spero*<br><br>UPDATED JOINT CASE MANAGEMENT STATEMENT & REQUEST TO VACATE CASE MANAGEMENT CONFERENCE & [~~PROPOSED~~] ORDER<br><br>CMC Date: August 8, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom G<br><br>Complaint filed: December 30, 2013 |
| BIZCLOUD, INC., and ZIPBUSINESS,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION, AT&T INC., CISCO SYSTEMS, INC., VMWARE, INC., EMC CORPORATION, and DOES 1-25,<br><br>Defendants. | **RELATED CASE**<br><br>Civil Action No. 14-cv-00162-JCS<br>*Assigned to:*<br>*Magistrate Judge Joseph C. Spero*<br><br>CMC Date: April 25, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom G<br><br>Complaint Filed: January 10, 2014 |

The parties to the above-entitled actions jointly submit this UPDATED JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to this Court's Minute Entry dated April 28, 2014, Document No. 41.  This statement updates the prior statement that was filed on April 16, 2014, Document No. 40.

The parties attended a mediation of these two related actions on June 9, 2014 with court appointed mediator Michael Dickstein.  The actions did not settle during the mediation session.  The mediator continued to work with the parties, who reached a settlement agreement in principle of both related, pending actions on June 29, 2014.  Computer Sciences Corporation (CSC) sent a draft written settlement agreement to BizCloud, Inc. (BCI) on July 14, 2014.

On July 15, 2014, the mediator submitted a CERTIFICATION OF MEDIATION Session in case no. 3:14-cv-00162-JCS (Document No. 43) stating "Mediation session held; Case settled."  This statement should apply to both pending, related actions.  As of July 15, 2014, the parties had agreed on most of the terms of the settlement other than a few discrete issues.  The parties continued to negotiate the outstanding issues.  Today, August 1, 2014, the parties reached agreement on a final written settlement agreement that counsel for CSC has circulated for execution this afternoon.

The parties anticipate that the final written settlement agreement will be fully executed by either close of business today or close of business Monday, August 4, 2014.  The parties have agreed on the form of the request for dismissal, which they anticipate will be filed in approximately one week to a week and a half.

Counsel for BCI is located in Chicago.  In light of that fact and the imminent settlement of this action, the parties respectfully request that the Case Management Conference either be continued for two weeks or taken off calendar.

The parties and counsel very much appreciate the assistance of the court's mediation program and the mediation services of Mr. Dickstein.

August 1, 2014              Respectfully submitted,

                            SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP

                            By:          /s/  Laura L. Chapman
                                            James W. Soong
                                           Laura L. Chapman
                                              Lai L. Yip
                                         Attorneys for Plaintiff
                                    COMPUTER SCIENCES CORPORATION

August 1, 2014              Respectfully submitted,

                            COMAR LAW

                            By:          /s/  D. Inder Comar
                                            D. Inder Comar
                                        Attorneys for Defendants
                                   ALAN RAZAVI, VAHID RAZAVI,
                                   BIZCLOUD, INC., and ZIPBUSINESS

August 1, 2014              Respectfully submitted,

                            PASKY IP LAW

                            By:         /s/  Jonathan R. Pasky
                                      Jonathan R. Pasky *(Pro Hac Vice)*
                                        Attorneys for Defendants
                                    BIZCLOUD, INC. and ZIPBUSINESS

# ORDER VACATING/CONTINUING CASE MANAGEMENT CONFERENCE

For good cause shown, the Case Management Conference currently scheduled on August 8, 2014 is hereby ~~vacated /~~ continued to  8/22/14 at 2:00 PM

IT IS SO ORDERED.

Dated:

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*